

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

May 17, 2011

BY HAND
Honorable Lisa Margaret Smith
United States Magistrate Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

      Re:    Sealed Materials

Dear Judge Smith:

      The Government respectfully requests that the following sealed filings be unsealed. Each of the filings relates to the case United States v. Steven Negron, et al., S2 11 Cr. 324 (CS), in which the Indictment was unsealed on April 14, 2011 and in which several defendants are in custody.

      In the Matter of an Application of the United States of America for an Order Authorizing the Use of a Pen Register with Caller Identification Device and Cell Site Location Authority on Certain Cellular Telephones, 11 Mag. 210

      In the Matter of an Application of the United States of America for an Order Authorizing the Use of a Pen Register with Caller Identification Device and Cell Site Location Authority on Certain Cellular Telephones, 11 Mag. 255

      In the Matter of an Application of the United States of America for an Order Authorizing the Use of a Pen Register with Caller Identification Device and Cell Site Location Authority on Certain Cellular Telephones, 11 Mag. 359

      In the Matter of an Application of the United States of America for an Order Authorizing the Use of a Pen Register with Caller Identification Device and Cell Site Location Authority on Certain Cellular Telephones, 11 Mag. 524

      In the Matter of an Application of the United States of America for an Order Authorizing the Use of a Pen Register with Caller Identification Device and Cell



Granted, SO ORDERED
/s/ Lisa Margaret Smith
5/17/11
USMJ

Site Location Authority on Certain Cellular Telephones, 11 Mag. 611

- In the Matter of an Application of the United States of America for an Order Authorizing the Use of a Pen Register with Caller Identification Device, 10 Mag. 1851

- In the Matter of an Application of the United States of America for an Order Authorizing the Use of a Pen Register with Caller Identification Device, 10 Mag. 1967

- In the Matter of an Application of the United States of America for an Order Authorizing the Use of a Pen Register with Caller Identification Device, 10 Mag. 1890

- In the Matter of the Tracking of a 1993 Gold Toyota Camry, bearing New York license plate number FBT4226 and vehicle identification number JT25K12E1P0179315, 11 Mag. 247

- In the Matter of an Application of the United States of America for Authorization to Obtain Location Data Concerning the Cellular Telephone Assigned Call Number (860) 845-3052, with Electronic Serial Number (ESN) 268435459710043288, 11 Mag. 922

- In the Matter of an Application of the United States of America for Authorization to Obtain Location Data Concerning Certain Cellular Telephones, 11 Mag. 1003

- In the Matter of the Search of the Premises Located at (1) 601 East 228th Street, Bronx, New York and (2) 324 Palisades Ave., Apt. 3H, Yonkers, New York, 11 Mag. 1006

- In the Matter of the Search of the Premises Located at 4040 Bronx Boulevard, Apt. 2-K, Bronx, New York, 11 Mag. 1044

- In the Matter of the Search of the Premises Located at safe Deposit Box Number 2208, at the Chase Bank, 725 East 233rd Street, Bronx, New York, 11 Mag. 1093

Respectfully Submitted,

PREET BHARARA
United States Attorney

By: *Kathryn Martin* (signature)
Kathryn Martin
Assistant United States Attorney
(914) 993-1963