# SCOTT H. GREENFIELD
ATTORNEY AT LAW
1040 AVENUE OF THE AMERICAS, SUITE 1101
NEW YORK, NEW YORK 10018
212-227-8585

SHGLaw@aol.com

FAX 212-997-7686

November 15, 2012

*MEMO ENDORSED*

Via Fax 914-390-4278

Hon. Cathy Seibel
United States District Judge
300 Quarropas Street
White Plains, New York 10601

Re: United States v. Steven Negron, *et al.*
   11 Cr. 324 (CS)

Honorable Madam:

> Sorry to hear about the damage.
> 12/7/12 sentencing adjourned to:
> 1/4/13 @ 3:30
>
> So Ordered.
> Cathy Seibel
> Cathy Seibel, U.S.D.J.
> Dated: 11/19/12

Please be advised that I am the attorney for the above-referenced defendant, Steven Negron. Mr. Negron is scheduled to be sentenced on December 7, 2012. I am writing to request that his sentenced by adjourned for a month. I have spoken with AUSA Douglas Bloom, and he consents to this relief.

The primary reason for seeking this adjournment is the personal issues in addressing damage cause by Storm Sandy to my home. My family and I were without power, suffered property damage and lost numerous trees. I have spent a great deal of time since the return of power trying to address the damage, and anticipate that it will take another week, perhaps more, before I will be in a position to return to work full time and catch up on work missed during this period.

The storm also made it difficult to prepare for sentencing, as I have been unable to contact or maintain sufficient contact with Mr. Negron's family members to obtain information and materials for his pre-sentence memorandum. In addition, the Presentence Report was received yesterday, less than the 35 days in advance of sentence as provided by Rule 32.

Accordingly, I request that sentence be adjourned for a month.

Respectfully,

SCOTT H. GREENFIELD

cc: AUSA Douglas Bloom 914-993-

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/20/12

# SCOTT H. GREENFIELD

ATTORNEY AT LAW
1040 AVENUE OF THE AMERICAS, SUITE 1101
NEW YORK, NEW YORK 10018
212-227-8585

SHGLaw@aol.com                                            FAX 212-997-7686

## FACSIMILE TRANSMITTAL

DATE:   November 15, 2012

TO:     Hon. Cathy Seibel (914-390-4278)
        AUSA Douglas Bloom (914-993-9036)

FROM:   Scott H. Greenfield

TOTAL NO. OF PAGES: 2

RE:     United States v. Steve Negron, et al.
        11 Cr. 324 (CS)

Our FAX No. 212-997-7686. If there is any difficulty with transmission, please call 212-227-8585. The following is a confidential communication intended solely for the named recipient. Dissemination, copying or distribution of the following to any person other than the named recipient is strictly prohibited.

Message:  Please seen attached letter.