MEMO ENDORSED

# SCOTT H. GREENFIELD
### ATTORNEY AT LAW
1040 AVENUE OF THE AMERICAS, SUITE 1101
NEW YORK, NEW YORK 10018
212-227-8585

SHGLaw@aol.com                                                FAX 212-997-7686

December 13, 2012

Via Fax 914-390-4278
Hon. Cathy Seibel
United States District Judge
300 Quarropas Street
White Plains, New York 10601

*Sentencing adjourned to:*
*2-13-13 4:00*

So Ordered.

*Cathy Seibel*
Cathy Seibel, U.S.D.J.

Re: United States v. Steven Negron, *et al.*
    11 Cr. 324 (CS)

Honorable Madam:

Dated: 12/13/12

    Please be advised that I am the attorney for the above-referenced defendant, Steven Negron. Mr. Negron is scheduled to be sentenced on January 4, 2012. I am writing to request that his sentence be adjourned until the week of February 11, 2013. I have spoken with AUSA Douglas Bloom, and he consents to this relief.

    I am submitting this letter in duplicate, the second copy being a redacted version for the Court's use in endorsing its decision, as this letter contains highly personal medical information which I've been asked not to publicly disclose. [REDACTED]

    In addition, I require additional time to discuss and resolve significant sentencing issues with the defendant. I anticipate being in North Carolina from February 8th through 10th, 2013, Houston February 21st through 23rd and commencing a one week trial in another matter on February 25, 2013. Accordingly, I request that sentence be adjourned until the week of February 11, 2013.

Respectfully,

SCOTT H. GREENFIELD

cc: AUSA Douglas Bloom 914-993-9036

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
#:
FILED: 12/14/12

# SCOTT H. GREENFIELD

ATTORNEY AT LAW
1040 AVENUE OF THE AMERICAS, SUITE 1101
NEW YORK, NEW YORK 10018
212-227-8585

SHGLaw@aol.com

FAX 212-997-7686

## FACSIMILE TRANSMITTAL

DATE:     December 13, 2012

TO:       Hon. Cathy Seibel (914-390-4278)
          AUSA Douglas Bloom (914-993-9036)

FROM:     Scott H. Greenfield

TOTAL NO. OF PAGES: 3

RE:       United States v. Steve Negron, et al.
          11 Cr. 324 (CS)

Our FAX No. 212-997-7686. If there is any difficulty with transmission, please call 212-227-8585. The following is a confidential communication intended solely for the named recipient. Dissemination, copying or distribution of the following to any person other than the named recipient is strictly prohibited.

Message:

Please seen attached letter.

Please note that two versions of the letter are being sent, a full version and a redacted version for filing with ECF in order to protect medical confidentiality.