# SCOTT H. GREENFIELD

ATTORNEY AT LAW
1040 AVENUE OF THE AMERICAS, SUITE 1101
NEW YORK, NEW YORK 10018
212-227-8585

SHGLaw@aol.com                                                                                          FAX 212-997-7686

April 1, 2013

Via Fax 914-390-4278

Hon. Cathy Seibel
United States District Judge
300 Quarropas Street
White Plans, New York 10601



      Re: *United States v. Steven Negron, et al.*
           11 Cr. 324 (CS)

Honorable Madam:

      After much discussion, Steve Negron has directed me to supplement the January 31st sentencing submission to address the factual issue raised by the government in its sentencing submission as follows:

      Steve Negron was in fact a drug dealer and in no way was he an errand boy. Steve acknowledges that he is as guilty as his co-defendants and may be more guilty because he allowed his suppliers to conduct illegal activities in the building. Steve accepts full responsibility. However, he did not engage in narcotics distribution separately or independently outside of this conspiracy. It was always the same buyers and suppliers. Should the Court order an evidentiary hearing in this matter, Steve will not testify in his own behalf and has no contrary evidence to offer.

      As noted in the Pre-Sentence Report at page 23,

> The defendant has a condition where one side of his heart is weaker than the other and he has to have this condition monitored regularly. Negron has suffered from depression in the past. He had attended counseling in the past which had helped him deal with a number of his childhood issues.

In conjunction with the fact that his father died at age 51 of a heart attack, and his mother died at age 47 of a stroke, Steve does not believe that he will survive a lengthy prison sentence. At this point, his only wish is to be able to see his beloved six-year-old daughter, Emily, one last time outside of prison. He does not want her to see him in prison, and does not anticipate that he will see her again.

Hon. Cathy Seibel
April 1, 2013
Page 2.

Nonetheless, Steve has decided that even though he fully anticipates that he will die in prison, he will die with the knowledge that he told the truth to this Court and did not acquiesce to a misapprehension of the facts, circumstances, relationships and interactions that give rise to the belief that he maintained a separate narcotics distribution organization during the course of this conspiracy. While it would be easier, more palatable and, frankly, more effective to simply concede the issue to the government, Steve maintains that it is not true.

Steve has been advised that the likelihood of this persuading the Court that he is, in fact, being truthful despite the government's evidence to the contrary, is virtually nonexistent. Despite this, Steve Negron has decided to be truthful and suffer the consequences, fully appreciating that this will likely mean that he will die in prison.

Respectfully,

SCOTT H. GREENFIELD

cc: AUSA Douglas Bloom, via email