UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

V.   11-CR-324-1 (CS)

STEVEN NEGRON,
    Defendant

## MOTION FOR RECONSIDERATION

Dear Honorable Judge Cathy Siebel,

The purpose of this motion is to inform you that we are experiencing a serious outbreak at the Allenwood LOW facility. Per your previous order and denial, you stated, "there are no inmate or staff cases at FCI Allenwood LOW". Since this provides a serious change in circumstance,

-1-

I respectfully request that you would reconsider my former petition.

Respectfully Submitted:

*[signature]*

Steven Megron 64985-054
FCI Allenwood LOW
P.O. BOX 1000
White Deer, PA 17887

INMATE NAME/NUMBER: Steve Negron 64985054
FEDERAL CORRECTIONAL COMPLEX-ALLENWOOD Low
P.O. BOX 1000
WHITE DEER, PA 17887

RECEIVED
DEC 10 2020
CHAMBERS OF
CATHY SEIBEL
U.S.D.J.

USM WP SDNY

HARRISBURG PA 171
7 DEC 2020 PM 1 L

Happy Holidays



Honorable Judge Cathy Siebel
U S COURTHOUSE
300 QUARROPAS STREET
White Plains, NY 10601

10601-414090